UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MURPHY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV2035 CDP |
| ) | |
| SAFECO INSURANCE ) | |
| COMPANY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this case is removed from the November 30, 2009 trial docket and the **Jury Trial** is reset to **Monday, December 14, 2009 at 8:30 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2008.